■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN PARRILLA, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (De Lury, J.), rendered May 11, 1982, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Defendant's claim that the trial court's charge to the jury impermissibly shifted to the defense the burden of proving that his possession of the weapon was temporary and lawful has not been preserved for review as a matter of law (see CPL 470.05, subd 2; *People v Whalen,* 59 NY2d 273; *People v Thomas,* 50 NY2d 467) and we decline to reach it in the interest of justice. Lazer, J. P., Thompson, Niehoff and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND RAMOS, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Coffinas, J.), rendered August 24, 1983, convicting him of attempted burglary in the second degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised upon appeal. Counsel's application for leave to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606.) Mangano, J. P., Gibbons, O'Connor and Lawrence, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL REESE, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Schwartzwald, J.), rendered November 18, 1981, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

According the People the most favorable view of the evidence, as we must (see *People v Benzinger,* 36 NY2d 29, 32), the witnesses' testimony was sufficient to establish beyond a reasonable doubt defendant's unlawful possession of a gun. Mollen, P. J., Titone, Thompson and Weinstein, JJ., concur.